**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLEN CHAPMAN, ANDREA PETERSON, AND KEVIN KELLY Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> MUELLER WATER PRODUCTS, INC., GREGORY E. HYLAND, J. SCOTT HALL, EVAN L. HART, and MARIETTA EDMUNDS ZAKAS, <br><br> Defendants. | Case No. 19-cv-03260 (KPF) <br><br> <u>JURY TRIAL DEMANDED</u> <br><br> <u>CLASS ACTION</u> |

<u>**NOTICE OF MOTION TO TRANSFER VENUE**</u>

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law inf Support of their Motion to Transfer Venue, dated September 18, 2019, the accompanying Declaration of Andrea Peterson, dated September 18, 2019, and all prior papers and proceedings herein, Lead Plaintiff Andrea Peterson and named plaintiff Kevin Kelly, through their undersigned attorneys, will move this Court, before the Honorable Katherine Polk Failla, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, for an order pursuant to 28 U.S.C. §1404(a) transferring this case to the United States District Court for the District of South Carolina, Charleston Division or in the alternative, to the United States District Court for the Northern District of Georgia.

Dated: September 18, 2019                    Respectfully submitted,

1

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Sara Fuks*
Laurence M. Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
Sara Fuks (SF 6034)
275 Madison Ave., 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Counsel for Investors*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Sara Fuks*

3