**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLEN CHAPMAN, ANDREA PETERSON AND KEVIN KELLY Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>MUELLER WATER PRODUCTS, INC., GREGORY E. HYLAND, J. SCOTT HALL, EVAN L. HART, and MARIETTA EDMUNDS ZAKAS,<br><br>Defendants. | Case No. 19-cv-03260 (KPF)<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

**DECLARATION OF ANDREA PETERSON IN SUPPORT OF INVESTORS' MOTION**
**TO TRANSFER VENUE**

I, Andrea Peterson, declare, under penalty of perjury of the laws of the United States as follows:

1. I understand that on April 11, 2019 Glen Chapman filed an initial complaint in the United States District Court for the Southern District of New York against Defendants Mueller Water Products, Inc., ("Mueller" or the "Company") Gregory Hyland, J. Scott Hall, Evan L. Hart and Marietta Edmund Zakas (collectively, "Defendants") alleging violations of the Federal Securities Laws.

2. At the time Mr. Chapman filed his initial complaint I was not a party to the suit.

3. On June 16, 2019, the Rosen Law Firm, on my behalf, filed a motion seeking my appointment as Lead Plaintiff in the action.

4. I understand that on June 27, 2019, the Court issued an order appointing me as Lead Plaintiff and approving the Rosen Law Firm as Lead Counsel.

5. I understand that as Lead Plaintiff I have a fiduciary responsibility to the absent class members to oversee the litigation and to ensure that counsel for plaintiffs prosecute the case vigorously and in the interest of all class members equally.

6. I am committed to my role as a Lead Plaintiff and intend to seek appointment as a class representative in this action. I understand that as class representative Defendants will likely seek to take my deposition, and that if the case proceeds to trial I will be called on to testify and attend.

7. I submit this declaration in support of Investors' motion to transfer venue to the District of South Carolina (Charleston Division) or in the alternative the Northern District of Georgia, located in Atlanta, Georgia.

8. I am a resident of Murrells Inlet, South Carolina, located approximately 80 miles away from the United States District Court for the District of South Carolina in Charleston.

9. Prosecution of this action in South Carolina is far more convenient for me than prosecution of the action in New York.

10. I am the mother of a ten-month and an eight-year old and am also self-employed. Additionally, I care for my mother and father, both of whom suffer from dementia. Caring for my parents entails responsibilities on a daily basis.

11. Accordingly, overnight travel to New York for deposition and trial would be far more burdensome than travel within South Carolina, which would not entail overnight stays.

12. Alternatively, prosecution of the case in Atlanta is more convenient than prosecution of the case in New York, given the shorter flight time and availability of numerous daily non-stop flights.

Executed this 18th day of September, 2019

Andrea Peterson