UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
ANDREA PETERSON, GLAN CHAPMAN, and                            :
KEVIN KELLY,                                                  :
                                                              :
                              Plaintiffs,                     :     19 Civ. 3260 (KPF)
                                                              :
                  v.                                          :     ORDER
                                                              :
MUELLER WATER PRODUCTS, INC.,                                 :
GREGORY E. HYLAND, J. SCOTT HALL, EVAN                        :
L. HART, and EDMUNDS ZAKAS,                                   :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

On September 18, 2019, Lead Plaintiff filed a motion to transfer the case.

(Dkt. #29-31).  Defendants are hereby ORDERD to file their response to Lead

Plaintiff's motion on or before October 3, 2019.  Lead Plaintiff's reply, if any,

shall be filed on or before October 10, 2019.

SO ORDERED.

Dated:      September 19, 2019
            New York, New York

_____
            KATHERINE POLK FAILLA
            United States District Judge