**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GLEN CHAPMAN, ANDREA PETERSON : 
AND KEVIN KELLY, Individually and On :
Behalf of All Others Similarly Situated, :

                       :

               Plaintiffs, :

                       :

              v. :                 1:19-cv-3260 (KPF)

MUELLER WATER PRODUCTS, INC., :
GREGORY E. HYLAND, J. SCOTT :              **SUGGESTION OF DEATH**
HALL, EVAN L. HART, and MARIETTA :
EDMUNDS ZAKAS, :

                       :

              Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendants Mueller

Water Products, Inc., J. Scott Hall, Evan L. Hart, and Marietta Edmunds Zakas in the above-

captioned proceeding, pursuant to Fed. R. Civ. P. 25(a), hereby suggests upon the record the

death of defendant Gregory E. Hyland on April 12, 2019, during the pendency of this litigation.

Dated: New York, New York
       October 3, 2019

                               Respectfully submitted,

                               /s/ Jay B. Kasner
                               Jay B. Kasner
                               Scott D. Musoff
                               SKADDEN, ARPS, SLATE,
                                 MEAGHER & FLOM LLP
                               Four Times Square
                               New York, NY 10036
                               Phone: (212) 735-3000
                               Fax:   (212) 735-2000
                               jay.kasner@skadden.com
                               scott.musoff@skadden.com

                               *Attorneys for Defendants Mueller Water Products, Inc.,*
                                 *J. Scott Hall, Evan L. Hart, and Marietta Edmunds Zakas*