# Exhibit K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2016**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-32892**

# MUELLER WATER PRODUCTS, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **20-3547095** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1200 Abernathy Road N.E.**
**Suite 1200**
**Atlanta, GA 30328**
(Address of principal executive offices)
**(770) 206-4200**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act:

Large accelerated filer    ☒         Accelerated filer        ☐
Non-accelerated filer      ☐         Smaller reporting company    ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

There were 161,685,150 shares of common stock of the registrant outstanding at July 31, 2016.

**Item 2.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following discussion should be read in conjunction with the unaudited condensed consolidated financial statements and notes thereto that appear elsewhere in this report. This report contains certain statements that may be deemed "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All statements that address activities, events or developments that we intend, expect, plan, project, believe or anticipate will or may occur in the future are forward-looking statements. Examples of forward-looking statements include, but are not limited to, statements we make regarding our expectations for net sales or other financial results in 2016 and the outlook for general economic conditions, spending by municipalities and the residential and non-residential construction markets. Forward-looking statements are based on certain assumptions and assessments made by us in light of our experience and perception of historical trends, current conditions and expected future developments. Actual results and the timing of events may differ materially from those contemplated by the forward-looking statements due to a number of factors, including regional, national or global political, economic, business, competitive, market and regulatory conditions and the other factors described under the section entitled "RISK FACTORS" in Item 1A. of our annual report on Form 10-K for the year ended September 30, 2015 ("Annual Report") and of our quarterly report on Form 10-Q for the quarter ended December 31, 2015. Undue reliance should not be placed on any forward-looking statements. The Company does not intend to update forward-looking statements, except as required by law.*

*Unless the context indicates otherwise, whenever we refer to a particular year, we mean our fiscal year ended or ending September 30 in that particular calendar year. We manage our businesses and report operations through three business segments, Mueller Co., Anvil and Mueller Technologies based largely on the products sold and the customers served.*

**Overview**

***Organization***

On October 3, 2005, Walter Energy acquired all outstanding shares of capital stock representing the Mueller Co. and Anvil businesses and contributed them to its U.S. Pipe business to form the Company. In June 2006, we completed an initial public offering of 28,750,000 shares of Series A common stock and in December 2006, Walter Energy distributed to its shareholders all of its equity interests in the Company, consisting of all of the Company's outstanding shares of Series B common stock. On January 28, 2009, each share of Series B common stock was converted into one share of Series A common stock and the Series A designation was discontinued.

***Business***

We expect our two primary end markets, repair and replacement of water infrastructure driven by municipal spending and new water infrastructure installation driven by residential construction to grow in 2016. We expect the residential construction market to grow faster than municipal spending.

***Mueller Co.***

We estimate approximately 70% of Mueller Co.'s 2015 net sales were for repair and replacement directly related to municipal water infrastructure spending, approximately 25% were related to residential construction activity and approximately 5% were related to natural gas utilities.

Municipal spending in 2015 was relatively strong compared with the prior year period and economic forecasts predict this trend will continue. According to the U.S. Bureau of Economic Analysis, state and local tax receipts for the quarter ended June 30, 2016 were up year-over-year and, according to the U.S. Department of Labor, the trailing twelve-month average consumer price index for water and sewerage rates at June 30, 2016 was up 4.8%. However, water conservation efforts, particularly in areas impacted by drought conditions, have resulted in lower overall receipts for some U.S. water utilities.

The year-over-year percentage change in housing starts is a key indicator of demand for Mueller Co.'s products sold in the residential construction market. In June 2016, Zelman & Associates forecasted an 8% increase in U.S. housing starts for calendar 2016 compared to the prior year, and in July 2016, Blue Chip Consensus forecasted an 8% increase.

We expect 2016 fourth quarter domestic shipments of valves, hydrants and brass products to grow about 10% compared with the prior year and overall Mueller Co.'s net sales percentage growth to be in the low-to-mid single digits, each on a year-over-year basis. We expect Mueller Co.'s operating income percentage growth in the 2016 fourth quarter to improve at a greater rate than 10%.

16

Case 1:19-cv-03260-LJL    Document 40-11    Filed 11/01/19    Page 4 of 4

*Anvil*

In 2015, approximately 85% of Anvil's net sales were generated by non-residential construction spending. Several leading indicators related to non-residential construction appear to be signaling growth in this market, but signals are still mixed. For example, the Architectural Billings Index for June 2016 remained above 50, which indicates growth. Although the July 2016 Blue Chip Consensus forecasted a 0.4% decrease in non-residential fixed investment in calendar 2016 compared to the prior year, their forecast for calendar 2017 was a 3.1% increase over calendar 2016.

Sales to the oil & gas market accounted for approximately 7% of Anvil's net sales for the trailing twelve months ended June 30, 2016, down from approximately 10% during 2015. Historically, the trend in U.S. rig counts has closely correlated with the direction of demand for Anvil's products that are sold into the oil & gas market. According to Baker Hughes Incorporated at July 29, 2016, while the U.S. land-based rig count is down approximately 47% on a year-over-year basis, it has increased 15% since the end of May 2016.

We expect Anvil's net sales in the 2016 fourth quarter to decline as a percentage in the low to mid single digits compared to the prior year. We expect shipments into the oil & gas market to decline between $3 million and $4 million year-over year. Net sales into the fire protection market are expected to increase in the 2016 fourth quarter but not enough to offset the decline in net sales into the oil & gas market. Finally, we expect Anvil's operating income in the 2016 fourth quarter to be essentially flat compared to the prior year period.

*Mueller Technologies*

The municipal market is the key end market for Mueller Technologies' businesses. These businesses are project-oriented and depend on customer adoption of their technology-based products and services. Mueller Systems is benefiting from its recent introduction of new, longer-range radio capabilities, and its growth strategy is focused on the advanced metering infrastructure ("AMI") segments of the market. In the 2016 third quarter, AMI product shipments grew $9.3 million and AMI backlog and projects awarded increased approximately 10%, in each case compared to the prior year period. Echologics' net sales in the 2016 third quarter increased 33% compared to the prior period as its fixed and mobile leak detection technologies continue to gain traction in the market.

We expect Mueller Technologies' growth in AMI shipments in the 2016 fourth quarter will more than offset the decline in the automatic meter reading ("AMR") product sales to a major customer when compared to the prior year period. We also expect its operating performance to improve due to higher shipment volumes at both Mueller Systems and Echologics, and a more favorable product mix with more AMI product shipments. With this improvement, we expect both Mueller Systems and Mueller Technologies as a whole to be slightly profitable in the 2016 fourth quarter.

*Consolidated*

In June 2016, the Company's U.S. pension plan completed a pension benefit settlement program. Lump-sum distributions to fully settle existing pension obligations were offered to all vested participants who are no longer working for the Company and not yet receiving benefits. Approximately 75% of these participants accepted the offer. These distributions are intended to reduce obligations associated with providing future pension benefits.

On a consolidated basis, we expect 2016 net sales to be about the same as 2015 with strong growth at Mueller Co., Mueller Technologies to be down slightly, and Anvil's net sales to be lower by about 8% to 10%. We expect higher operating income and operating margin, primarily resulting from lower raw material and other costs.

17