# Exhibit L

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person *<br><br>**HYLAND GREGORY E**<br>(Last)   (First)   (Middle)<br><br>**1200 ABERNATHY ROAD, SUITE 1200**<br>(Street)<br><br>**ATLANTA, GA 30328**<br>(City)   (State)   (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>**Mueller Water Products, Inc. [ MWA ]**<br><br>3. Date of Earliest Transaction (MM/DD/YYYY)<br><br>**11/22/2017**<br><br>4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br><br>_X_ Director         _____ 10% Owner<br>_X_ Officer (give title below)   _____ Other (specify below)<br>**Executive Chairman**<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br><br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/22/2017 | | M | | 50000.0000 | A | $10.6600 | 979481.0000 | D | |
| Common Stock | 11/22/2017 | | S | | 50000.0000 | D | $12.2745 (1) | 929481.0000 | D | |
| Common Stock | 11/24/2017 | | M | | 34514.0000 | A | $10.6600 | 963995.0000 | D | |
| Common Stock | 11/24/2017 | | S | | 34514.0000 | D | $12.2594 (2) | 929481.0000 | D | |

## Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $10.6600 | 11/22/2017 | | M | | | 50000.0000 | (3) | 11/29/2017 | Common Stock | 50000.0000 | $0.0000 | 176757.0000 | D | |
| Stock Option (Right to Buy) | $10.6600 | 11/24/2017 | | M | | | 34514.0000 | (3) | 11/29/2017 | Common Stock | 34514.0000 | $0.0000 | 142243.0000 | D | |

**Explanation of Responses:**

(1) The price reported in Column 4 is an average price. The shares were sold in multiple transactions at prices ranging from $12.25 to $12.31, inclusive. The reporting person undertakes to provide to Mueller Water Products, Inc. (the "Company"), any security holder of the Company, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sole at each separate price within the ranges set forth in this footnote.

(2) The price reported in Column 4 is an average price. The shares were sold in multiple transactions at prices ranging from $12.25 to $12.295, inclusive. The reporting person undertakes to provide to the Company, any security holder of the Company, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sole at each separate price within the ranges set forth in this footnote.

(3) The stock options vested in three equal annual installments beginning on the first anniversary of the grant date.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **HYLAND GREGORY E**<br>**1200 ABERNATHY ROAD**<br>**SUITE 1200**<br>**ATLANTA, GA 30328** | X | | **Executive Chairman** | |

**Signatures**

**/s/ KRISTI O. CRAWFORD, Attorney-in-Fact**                              **11/27/2017**

\*\*Signature of Reporting Person                                                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*          If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*        Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.