```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ANDREA PETERSON, GLAN CHAPMAN, and                           :
KEVIN KELLY,                                                 :
                                                             :
                              Plaintiffs,                    :   19 Civ. 3260 (KPF)
                                                             :
                      v.                                     :       ORDER
                                                             :
MUELLER WATER PRODUCTS, INC.,                                :
GREGORY E. HYLAND, J. SCOTT HALL, EVAN                       :
L. HART, and EDMUNDS ZAKAS,                                  :
                              Defendants.                    :
------------------------------------------------------------ X
```

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERD to appear for a telephonic conference concerning Plaintiffs' pending motion to transfer (Dkt. #29), on November 21, 2019, at 10:00 a.m.  The dial-in information is as follows: At 10:00 a.m. the parties shall call (888) 363-4749 and enter access code 6624801.  Please note, the conference will not be available prior to 10:00 a.m.

    SO ORDERED.

Dated:    November 13, 2019
             New York, New York

                                                            KATHERINE POLK FAILLA
                                                            United States District Judge