**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLEN CHAPMAN, ANDREA PETERSON, AND KEVIN KELLY Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>MUELLER WATER PRODUCTS, INC., GREGORY E. HYLAND, J. SCOTT HALL, EVAN L. HART, and MARIETTA EDMUNDS ZAKAS,<br><br>Defendants. | Case No. 19-cv-03260 (KPF)<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

**NOTICE OF MOTION FOR LEAVE TO AMEND**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of their Motion for Leave to Amend and the proposed Second Amended Class Action Complaint ("SAC") attached as Exhibit A thereto dated December 6, 2019, and all prior papers and proceedings herein, Lead Plaintiff Andrea Peterson and named plaintiff Kevin Kelly ("Investors" or "Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable Katherine Polk Failla, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, for an order pursuant to Federal Rule of Civil Procedure 15(a) for leave to file the SAC.

Dated: December 6, 2019                Respectfully submitted,

                                       **THE ROSEN LAW FIRM, P.A.**

                                       By: */s/ Sara Fuks*
                                       Laurence M. Rosen, Esq. (LR 5733)

                                       1

2

Phillip Kim, Esq. (PK 9384)
Sara Fuks (SF 6034)
275 Madison Ave., 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Counsel for Investors*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 6th day of December 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Sara Fuks*