**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ANDREA PETERSON and KEVIN KELLY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>MUELLER WATER PRODUCTS, INC., GREGORY E. HYLAND, J. SCOTT HALL, EVAN L. HART, and MARIETTA EDMUNDS ZAKAS,<br><br>Defendants | : : : : : : : : : : : : : : : : : | Case No. 19-cv-03260 (KPF) |

## NOTICE OF MOTION FOR SUBSTITUTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of their Motion for Substitution, dated January 6, 2020 and all prior papers and proceedings herein, Lead Plaintiff Andrea Peterson and named plaintiff Kevin Kelly, through their undersigned attorneys, will move this Court, before the Honorable Katherine Polk Failla, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and a time designated by the Court, for an Order substituting Brenda Hyland, as Executor for the Estate of Gregory E. Hyland, for Defendant Gregory Hyland. Plaintiffs requested Defendants' position on this motion on January 2, 2020, but did not receive it.

Respectfully submitted,

Dated: January 6, 2020                    **THE ROSEN LAW FIRM, P.A.**
New York, New York

*/s/ Laurence M. Rosen*
Laurence M. Rosen (LR 5733)
Phillip Kim (PK 9384)
Sara Fuks (SF 6034)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: sfuks@rosenlegal.com

1