**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREA PETERSON and KEVIN KELLY, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff(s),<br><br>v.<br><br>MUELLER WATER PRODUCTS, INC., GREGORY E. HYLAND, J. SCOTT HALL, EVAN L. HART, and MARIETTA EDMUNDS ZAKAS,<br><br>                    Defendants. | Case No. 19-cv-03260 (KPF) |

**[PROPOSED] ORDER SUBSTITUTING BRENDA HYLAND FOR DEFENDANT**
**GREGORY E. HYLAND**

The Court, having reviewed Plaintiffs' unopposed motion for substitution and supporting papers thereon, and the Court finding that:

(a)  Under Rule 25(a)(1) Plaintiffs' claims against Defendant Gregory E. Hyland are not extinguished by Mr. Hyland's death;

(b)  Under Rule 25(a)(1) Brenda Hyland, who is the executor of the Estate for Defendant Gregory E. Hyland, is the proper party for substitution.

IT IS HEREBY ORDERED THAT

1.  Brenda Hyland, as Executor for the Estate of Gregory E. Hyland, is substituted for Defendant Gregory E. Hyland.

2

Dated: _____, 2020

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2