**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREA PETERSON and KEVIN KELLY, Individually and On Behalf of All Others Similarly Situated, | Case No: 19-cv-03260 (KPF) |
| Plaintiff, | |
| v. | **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR SUBSTITUTION** |
| MUELLER WATER PRODUCTS, INC., GREGORY E. HYLAND, J. SCOTT HALL, EVAN L. HART, and MARIETTA EDMUNDS ZAKAS, | |
| Defendants. | |

I, JONATHAN HORNE, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am a member of the bar of this Court and an attorney at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff Andrea Peterson and named plaintiff Kevin Kelly ("Plaintiffs") in the above-captioned action. I make this declaration in support of Plaintiffs' Reply in Further Support of their Motion to Substitute Brenda Hyland, as Executor for the Estate of Gregory E. Hyland, for Defendant Gregory Hyland.

2.      Attached hereto as Exhibit 1 is a true and correct copy of an email exchange between defense counsel and me regarding the motion for substitution, dated December 30, 2019.

3.       Attached hereto as Exhibit 2 is a true and correct copy a true and correct copy of an email exchange between defense counsel and me regarding the motion for substitution, dated January 2, 2020.

I declare under the penalty of perjury that the foregoing is true and correct.

1

2

Executed on January 28, 2020

<div style="margin-left: 45%;">

/s/ Jonathan Horne  
Jonathan Horne

</div>

2