# EXHIBIT 1

## Stephen Shepardson

**From:** Jonathan Horne
**Sent:** Monday, December 30, 2019 3:46 PM
**To:** Charmani, Thania
**Subject:** RE: Mueller -substitution

Tried your line

**From:** Charmani, Thania <Thania.Charmani@skadden.com>
**Sent:** Monday, December 30, 2019 3:44 PM
**To:** Jonathan Horne <JHorne@rosenlegal.com>
**Cc:** Sara Fuks <sfuks@rosenlegal.com>
**Subject:** RE: Mueller -substitution

Hi Jonathan,

Let me know when you have a min to discuss. I can give you a call or you can reach me at 212-735-3502.

Thanks!
Thania

**Thania Charmani**
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square | New York | 10036-6522
T: 212.735.3502 | F: 917.777.3502
thania.charmani@skadden.com
Please consider the environment before printing this email.

**From:** Jonathan Horne <JHorne@rosenlegal.com>
**Sent:** Monday, December 30, 2019 3:01 PM
**To:** Charmani, Thania (NYC) <Thania.Charmani@skadden.com>
**Cc:** Sara Fuks <sfuks@rosenlegal.com>
**Subject:** [Ext] Mueller -substitution

Thania –

We will request a 30-day extension of our time to file a motion for substitution as to Gregory E. Hyland. Please let me know if you oppose this request or if you would like to discuss.

Thank you.

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

========================================================================