# EXHIBIT 2

## Stephen Shepardson

| | |
|---|---|
| **From:** | Jonathan Horne |
| **Sent:** | Thursday, January 2, 2020 2:36 PM |
| **To:** | Charmani, Thania |
| **Subject:** | RE: [Ext] Mueller Water |

To substitute.

**From:** Charmani, Thania <Thania.Charmani@skadden.com>
**Sent:** Thursday, January 2, 2020 1:00 PM
**To:** Jonathan Horne <JHorne@rosenlegal.com>
**Subject:** RE: [Ext] Mueller Water

A motion for an extension to file or a motion to substitute?

**From:** Jonathan Horne <JHorne@rosenlegal.com>
**Sent:** Thursday, January 2, 2020 12:40 PM
**To:** Charmani, Thania (NYC) <Thania.Charmani@skadden.com>
**Subject:** [Ext] Mueller Water

Thania – do you oppose our motion to substitute Mr. Hyland's estate for Mr. Hyland?

Jonathan Horne
275 Madison Avenue, 40th Floor
New York, New York 10128
Cell:  917-509-6721
Direct: 646-437-7791
Main: 212-686-1060
jhorne@rosenlegal.com

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================