**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
GLEN CHAPMAN, ANDREA PETERSON                                       :
AND KEVIN KELLY, Individually and On                                :
Behalf of All Others Similarly Situated,                            :    19-cv-3260 (KPF)
                                                                    :
                                                                    :
                    Plaintiffs,                                     :
                                                                    :
                                                                    :
        v.                                                          :
                                                                    :    **NOTICE OF DEFENDANTS'**
                                                                    :    **MOTION TO DISMISS THE**
MUELLER WATER PRODUCTS, INC.,                                       :    **SECOND AMENDED**
GREGORY E. HYLAND, J. SCOTT HALL,                                  :    **COMPLAINT**
EVAN L. HART and MARIETTA EDMUNDS                                   :
ZAKAS,                                                              :
                                                                    :
                    Defendants.                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the Second Amended Complaint, dated December 25, 2019; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint; the attached Declaration of Scott D. Musoff, dated January 31, 2020, and exhibits thereto; and upon all prior papers and proceedings herein, Defendants Mueller Water Products, Inc., J. Scott Hall, Evan L. Hart and Marietta Edmunds Zakas will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, for an Order dismissing the Second Amended Complaint with prejudice; and granting such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
      January 31, 2020

/s/ Scott D. Musoff
Scott D. Musoff
Jay B. Kasner
Thania Charmani
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax:    (212) 735-2000
scott.musoff@skadden.com
jay.kasner@skadden.com
thania.charmani@skadden.com

*Attorneys for Defendants Mueller Water Products, Inc., J. Scott Hall, Evan L. Hart and Marietta Edmunds Zakas*