**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
GLEN CHAPMAN, ANDREA PETERSON                                     :
AND KEVIN KELLY, Individually and On                             :
Behalf of All Others Similarly Situated,                         :     19-cv-3260 (KPF)
                                                                  :
                    Plaintiffs,                                   :
                                                                  :
            v.                                                    :
                                                                  :
MUELLER WATER PRODUCTS, INC.,                                     :
GREGORY E. HYLAND, J. SCOTT HALL,                                :
EVAN L. HART and MARIETTA EDMUNDS                                :
ZAKAS,                                                            :
                                                                  :
                    Defendants.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SCOTT D. MUSOFF IN SUPPORT OF
### DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

SCOTT D. MUSOFF, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants Mueller Water Products, Inc. ("Mueller"), J. Scott Hall, Evan L. Hart and Marietta Edmunds Zakas (together with Mueller, "Defendants") in the above-captioned matter.

2.     I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion:

|  | DESCRIPTION |
|---|---|
| Exhibit A | Excerpts from Mueller's Annual Report for year-ended 2018, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K on November 21, 2018. |
| Exhibit B | Excerpts from Mueller's Annual Report for year-ended 2016, as filed with the SEC on Form 10-K on November 22, 2016. |
| Exhibit C | Excerpts from Mueller's Annual Report for year-ended 2017, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K on November 21, 2017. |
| Exhibit D | Mueller's Report as filed with the SEC on Form 8-K, filed April 28, 2017. |
| Exhibit E | Mueller's Report as filed with the SEC on Form 8-K, filed August 6, 2018. |
| Exhibit F | Mueller's Report as filed with the SEC on Form 8-K, filed August 7, 2018. |
| Exhibit G | NBC, San Diego, Glitch in 57,000-Plus Smart Meters Prevents Them From Being Smart, by Tom Jones and Consumer Bob, August 2, 2018.  (SAC ¶ 82.) |
| Exhibit H | Voice of San Diego, City Water Department Resisted Oversight, Downplayed Smart Meter Problems, by Ry Rivard, July 12, 2018.  (SAC ¶ 86.) |
| Exhibit I | Voice of San Diego, City Water Bill Mess Puts Attention on the Water Department and Its Lack of Oversight, by Ry Rivard, February 12, 2018. (SAC ¶¶ 8, 84.) |
| Exhibit J | Staff's Final Report, In the Matter of an Investigation of Missouri-American Water Company with Respect to Certain Issues Disclosed During the rate case WR-2016-0064, dated March 31, 2017.  (Report by administrative body relying on testimony cited in SAC ¶¶ 66-68.) |
| Exhibit K | Statement of Changes in Beneficial Ownership of Securities for Gregory E. Hyland, as filed with the SEC on Form 4, dated November 27, 2017. |
| Exhibit L | Statement of Changes in Beneficial Ownership of Securities for Gregory E. Hyland, as filed with the SEC on Form 4, dated November 29, 2017. |

|  | **DESCRIPTION** |
| --- | --- |
| Exhibit M | Statement of Changes in Beneficial Ownership of Securities for Evan Hart, as filed with the SEC on Form 4, dated November 6, 2017. |
| Exhibit N | Mueller Proxy Statement pursuant to Section 14(a) of the Securities Exchange Act of 1934, as filed with the SEC, dated December 14, 2017. |
| Exhibit O | Mueller's Report as filed with the SEC on Form 8-K, filed January 29, 2018. |
| Exhibit P | Mueller's Report as filed with the SEC on Form 8-K, filed January 10, 2017. |
| Exhibit Q | Mueller's Report as filed with the SEC on Form 8-K, filed April 28, 2017. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      January 31, 2020

/s/ Scott D.  Musoff
SCOTT D. MUSOFF