# Exhibit O

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT PURSUANT
### TO SECTION 13 or 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

DATE OF REPORT (Date of earliest event reported):        **January 24, 2018**

# MUELLER WATER PRODUCTS, INC.

(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **0001-32892** | **20-3547095** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**1200 Abernathy Road, Suite 1200**

**Atlanta, Georgia 30328**

(Address of Principal Executive Offices)

**(770) 206-4200**

(Registrant's telephone number, including area code)

**Not applicable.**

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐        Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐        Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐        Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240-14d-2(b))

☐        Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240-13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company        ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.        ☐

**Item 5.02.    Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

Effective January 24, 2018, Michael S. Nancarrow assumed the position of Vice President and Chief Accounting Officer of Mueller Water Products, Inc. (the "Company"). Mr. Nancarrow replaces Kevin G. McHugh, who will remain with the Company until February 28, 2018 to help ensure a smooth transition.

Mr. Nancarrow has served as the Company's Senior Director, Financial Reporting and Assistant Controller since December 2014 and the Company's Director of Financial Reporting since September 2006. He earned a Bachelor of Science degree from The Ohio State University and is a certified public accountant.

**Item 5.07.    Submission of Matters to a Vote of Security Holders.**

The Company held its annual meeting of stockholders on January 24, 2018. The stockholders of the Company voted on the following three items:

1.    The election of eight directors to terms ending in 2019.
2.    An advisory resolution on the compensation of the Company's named executive officers.
3.    The ratification of the appointment of Ernst & Young LLP as the Company's independent registered public accounting firm for fiscal 2018.

Proposal 1. Each of the directors listed below was re-elected as a director of the Company. The nominees for director were elected based on the following votes.

| Director | Votes For | Votes Against | Abstentions | Broker Non-Votes |
|---|---|---|---|---|
| Shirley C. Franklin | 125,338,227 | 840,330 | 222,738 | 16,477,992 |
| J. Scott Hall | 122,153,464 | 4,038,781 | 209,050 | 16,477,992 |
| Thomas J. Hansen | 125,679,758 | 497,657 | 223,880 | 16,477,992 |
| Jerry W. Kolb | 121,796,477 | 4,379,594 | 225,224 | 16,477,992 |
| Mark J. O'Brien | 115,741,884 | 4,311,492 | 6,347,919 | 16,477,992 |
| Bernard G. Rethore | 115,692,236 | 4,360,808 | 6,348,251 | 16,477,992 |
| Lydia W. Thomas | 125,295,209 | 868,560 | 237,526 | 16,477,992 |
| Michael T. Tokarz | 121,847,608 | 4,295,337 | 258,350 | 16,477,992 |

Proposal 2. The proposal to approve, on an advisory basis, the compensation of the Company's named executive officers received the following votes.

| | |
|---|---|
| Votes for approval | 111,679,859 |
| Votes against approval | 7,711,267 |
| Abstentions | 7,010,169 |
| Broker Non-Votes | 16,477,992 |

Proposal 3. The proposal to ratify the appointment of Ernst & Young LLP as the Company's independent registered public accounting firm for fiscal 2018 received the following votes.

| | |
|---|---|
| Votes for approval | 137,537,792 |
| Votes against approval | 4,575,454 |
| Abstentions | 766,041 |

**Item 8.01.    Other Events.**

On January 24, 2018, the Company issued two press releases announcing (i) an increase in the Company's quarterly dividend and (ii) the election of Mark J. O'Brien as non-Executive Chairman of the Board of Directors, copies of which are attached hereto as Exhibit 99.1 and 99.2, respectively.

**Item 9.01.    Financial Statements and Exhibits.**

*(d) Exhibits.*

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release, dated January 24, 2018, announcing increase in quarterly dividend. |
| 99.2 | Press release, dated January 24, 2018, announcing election of Mark J. O'Brien as non- Executive Chairman of the Board of Directors. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated:  January 29, 2018                                 **MUELLER WATER PRODUCTS, INC.**


By:     /s/ Marietta Edmunds Zakas
        _____
        Marietta Edmunds Zakas
        Executive Vice President and Chief Financial Officer

 

PRESS RELEASE

January 24, 2018

Media Contact: *Yolanda Kokayi*
Director of Communications
770-206-4131
ykokayi@muellerwp.com

## Mueller Water Products Announces 25% Increase in Quarterly Dividend

ATLANTA (January 24, 2018) - Mueller Water Products, Inc. (NYSE: MWA) announced that its Board of Directors has increased the Company's quarterly dividend by 25% to five cents ($0.05) per share, payable on or about February 20, 2018 to stockholders of record as of the close of business on February 9, 2018.

**About Mueller Water Products**

Mueller Water Products, Inc. (NYSE:MWA) is a leading manufacturer and marketer of products and services used in the transmission, distribution and measurement of water in North America. Our broad product and service portfolio includes engineered valves, fire hydrants, metering products and systems, leak detection and pipe condition assessment. We help municipalities increase operational efficiencies, improve customer service and prioritize capital spending, demonstrating why Mueller Water Products is Where Intelligence Meets Infrastructure®. For more information about Mueller Water Products, visit www.muellerwaterproducts.com.

###

1200 Abernathy Road, N.E. | Suite 1200 | Atlanta, GA  30328
www.muellerwaterproducts.com





**PRESS RELEASE**

**FOR IMMEDIATE RELEASE**
January 24, 2018

*Media Contact*: Yolanda Kokayi
Director of Communications
770-206-4131
ykokayi@muellerwp.com

### Mueller Water Products Announces New Chairman of its Board of Directors

ATLANTA, January 24, 2017 -- Mueller Water Products, Inc. (NYSE: MWA) today announced the election of Mark J. O'Brien as non-Executive Chairman of the Board of Directors following the retirement of Executive Chairman Gregory E. Hyland, effective January 24, 2018. Mr. Hyland will also retire as a board member.

"For more than a decade, Greg has provided excellent leadership, and we thank him for his service, dedication and guidance," said Mark J. O'Brien, incoming non-Executive Chairman of the Board.

As President and CEO, Mr. Hyland led the launch of Mueller Water Products as an independent public company. Subsequently, he led the Company's becoming financially stronger and operationally more efficient. During his tenure, the Company implemented LEAN Six Sigma processes throughout its manufacturing operations and experienced consistent financial growth, while reducing its debt by $1 billion over the past ten years. Mr. Hyland stepped down from his role as President and CEO in January 2017 and simultaneously assumed the role of Executive Chairman, when Scott Hall was appointed President and CEO.

Mr. O'Brien is the former Chairman and Chief Executive Officer of Walter Investment Management Corporation and has served as an Independent Director of Mueller Water Products since 2006 and Lead Independent Director since 2015. Prior to his tenure at Walter Investment Management Corporation, Mr. O'Brien held executive leadership roles within the housing industry.

"Mark has made significant contributions in his current role as a board member and Lead Independent Director," said Scott Hall, President and CEO of Mueller Water Products. "I look forward to working with him in his new role along with the rest of the board, as we work to deliver value for our shareholders."

With the appointment of a non-Executive Chair, the Company has eliminated the Lead Independent Director role.

**About Mueller Water Products, Inc.**

Mueller Water Products, Inc. (NYSE: MWA) is a leading manufacturer and marketer of products and services used in the transmission, distribution and measurement of water in North America. Our broad product and service portfolio includes engineered valves, fire hydrants, metering products and systems, leak detection and pipe condition assessment. We help municipalities increase operational efficiencies, improve customer service and prioritize capital spending, demonstrating why Mueller Water Products is Where Intelligence Meets Infrastructure®. Visit us at **www.muellerwaterproducts.com**.

###