**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLEN CHAPMAN, ANDREA PETERSON, AND KEVIN KELLY Individually and On Behalf of All Others Similarly Situated, | Case No. 19-cv-03260 (LJL) |
| Plaintiffs, | CLASS ACTION |
| v. | |
| MUELLER WATER PRODUCTS, INC., GREGORY E. HYLAND, J. SCOTT HALL, EVAN L. HART, and MARIETTA EDMUNDS ZAKAS, | |
| Defendants. | |

**DECLARATION OF JONATHAN HORNE IN OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

I, JONATHAN HORNE, pursuant to 28 U.S.C. § 1746, declare:

1.      I am a member of the bar of this Court and counsel at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff Andrea Peterson and named plaintiff Kevin Kelly ("Plaintiffs") in the above-captioned action. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint. I make the following declaration solely to transmit documents to the Court.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the brief of appellee in *Indiana Pub. Ret. Sys. v. SAIC, Inc.*, Case No. 14-4140, entered as docket no. 79.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Mueller Water Products, Inc.'s ("Mueller") 2012 Form 10-K filed on November 29, 2012.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Mueller's 2013 Form 10-K filed on November 22, 2013.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Mueller's 2014 Form 10-K filed on November 26, 2014.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Mueller's 2016 Proxy Statement filed on January 15, 2016.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Mueller's 2017 Proxy Statement filed on December 14, 2017.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the transcript of Mueller's Q2 2016 Earning Call, taking place on April 27, 2016.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Mueller's 2018 Proxy Statement filed on December 13, 2018.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 16, 2020                                    _/s/ Jonathan Horne_____
                                                        Jonathan Horne

2