# EXHIBIT 3

10-K 1 mwa9302013-10xk.htm 10-K

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended September 30, 2013**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-32892**

---

# MUELLER WATER PRODUCTS, INC.
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware** | **20-3547095** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification Number) |

**1200 Abernathy Road N.E.**
**Suite 1200**
**Atlanta, GA 30328**
(Address of Principal Executive Offices)
Registrant's telephone number: **(770) 206-4200**
Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, par value $0.01** | **New York Stock Exchange** |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒   Yes ☐   No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐   Yes ☒   No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒   Yes ☐   No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulations S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files.) ☒   Yes ☐   No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.505 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one): ☒   Large accelerated filer    ☐   Accelerated filer    ☐   Non-accelerated filer    ☐   Smaller reporting company

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). ☐   Yes ☒   No

There were 158,364,204 shares of common stock of the registrant outstanding at November 13, 2013 At March 31, 2013, the aggregate market value of the voting and non-voting common stock held by non-affiliates (assuming only for purposes of this computation that directors and executive officers may be affiliates) was $921 million based on the closing price per share as reported on the New York Stock Exchange.

DOCUMENTS INCORPORATED BY REFERENCE

Applicable portions of the Proxy Statement for the Annual Meeting of Stockholders of the Company to be held on January 29, 2014 are incorporated by reference into Part III of this Form 10-K.

## Introductory Note

In this Annual Report on Form 10-K (this "annual report"), (1) the "Company," "we," "us" or "our" refer to Mueller Water Products, Inc. and its subsidiaries, including Mueller Co. and Anvil; (2) "Mueller Co." refers to our Mueller Co. segment; (3) "Anvil" refers to our Anvil segment and (4) "U.S. Pipe" refers to our former U.S. Pipe segment. With regard to the Company's segments, "we," "us" or "our" may also refer to the segment being discussed.

On April 1, 2012, we sold the businesses comprising U.S. Pipe. U.S. Pipe's results of operations have been reclassified as discontinued operations, and its assets and liabilities reclassified as held for sale, for all prior periods. Unless the context indicates otherwise, amounts related to U.S. Pipe have been excluded from amounts presented in this annual report.

Certain of the titles and logos of our products referenced in this annual report are part of our intellectual property. Each trade name, trademark or servicemark of any other company appearing in this annual report is the property of its owner.

Unless the context indicates otherwise, whenever we refer in this annual report to a particular year, we mean our fiscal year ended or ending September 30 in that particular calendar year. We manage our business and report operations through two business segments: Mueller Co. and Anvil, based largely on the products sold and the customers served.

## Industry and Market Data

In this annual report, we rely on and refer to information and statistics from third-party sources regarding economic conditions and trends, the demand for our water infrastructure products, flow control and piping component system products and services and the competitive conditions we face in serving our customers and end users. We believe that these sources of information and estimates are reasonably accurate, but we have not independently verified them.

Most of our primary competitors are not publicly traded companies. Only limited current public information is available with respect to the size of our end markets or our relative competitive position. Our statements in this annual report about our end markets and competitive positions are based on our beliefs, studies and judgments concerning industry trends.

## Forward-Looking Statements

This annual report contains certain statements that may be deemed "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All statements that address activities, events or developments that we intend, expect, plan, project, believe or anticipate will or may occur in the future are forward-looking statements. Examples of forward-looking statements include, but are not limited to, statements we make regarding the outlook for general economic conditions, spending by municipalities, the residential and non-residential construction markets and the impacts of these factors on our business. Forward-looking statements are based on certain assumptions and assessments made by us in light of our experience and perception of historical trends, current conditions and expected future developments. Actual results and the timing of events may differ materially from those contemplated by the forward-looking statements due to a number of factors, including regional, national or global political, economic, business, competitive, market and regulatory conditions and the other factors described under the section entitled "RISK FACTORS" in Item 1A of Part I of this annual report.

Undue reliance should not be placed on any forward-looking statements. We do not have any intention or obligation to update forward-looking statements, except as required by law.

Table of Contents

Index to Financial Statements

## TABLE OF CONTENTS

|  |  | **Page** |
|---|---|---|
| **PART I** | | |
| Item 1. | BUSINESS | 1 |
| | Our Company | 1 |
| | Business Strategy | 2 |
| | Description of Products and Services | 2 |
| | Manufacturing | 4 |
| | Purchased Components and Raw Materials | 4 |
| | Patents, Licenses and Trademarks | 5 |
| | Seasonality | 5 |
| | Sales, Marketing and Distribution | 5 |
| | Backlog | 6 |
| | Competition | 6 |
| | Research and Development | 7 |
| | Regulatory and Environmental Matters | 7 |
| | Employees | 7 |
| | Geographic Information | 7 |
| | Securities Exhange Act Reports | 7 |
| Item 1A. | RISK FACTORS | 8 |
| | Risks Relating to Our Business | 8 |
| | Risks Relating to Our Relationship with Walter Energy | 16 |
| Item 2. | PROPERTIES | 17 |
| Item 3. | LEGAL PROCEEDINGS | 18 |
| **PART II** | | |
| Item 5. | MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES | 19 |
| | Equity Compensation Plan Information | 19 |
| | Sale of Unregistered Securities | 19 |
| | Issuer Purchases of Equity Securities | 19 |
| | Stock Price Performance Graph | 20 |
| Item 6. | SELECTED FINANCIAL DATA | 21 |
| Item 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 22 |
| | Overview | 22 |
| | Results of Operations | 23 |
| | Financial Condition | 27 |
| | Liquidity and Capital Resources | 27 |
| | Off-Balance Sheet Arrangements | 29 |
| | Contractual Obligations | 30 |
| | Effect of Inflation; Seasonality | 30 |
| | Critical Accounting Estimates | 30 |
| Item 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK | 32 |

| Item 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 33 |
| Item 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 33 |
| Item 9A. | CONTROLS AND PROCEDURES | 33 |

**PART III**

| Item 10* | DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE | 34 |
| Item 11* | EXECUTIVE COMPENSATION | 37 |
| Item 12* | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS | 37 |
| Item 13* | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE | 38 |
| Item 14* | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 38 |

**PART IV**

| Item 15 | EXHIBITS AND FINANCIAL STATEMENT SCHEDULES | 39 |

\*        All or a portion of the referenced section incorporated by reference from our definitive proxy statement that will be issued in connection with the Annual Meeting of Stockholders to be held on January 29, 2014.

Table of Contents

Index to Financial Statements

Acquisitions and technology investments may involve significant cash expenditures, debt incurrence, operating losses and expenses that could have a material adverse effect on our business, financial condition, results of operations and cash flows. These types of transactions involve numerous other risks, including:

- diversion of management time and attention from existing operations;

- difficulties in integrating acquired businesses, technologies and personnel into our business;

- difficulties in obtaining and verifying relevant information regarding a business or technology prior to the consummation of the transaction, including the identification and assessment of liabilities, claims or other circumstances, including those relating to intellectual property claims, that could result in litigation or regulatory exposure;

- verifying the financial statements and other business information of an acquired business;

- inability to obtain required regulatory approvals and/or required financing on favorable terms;

- potential loss of key employees, contractual relationships or customers;

- increased operating expenses related to the acquired businesses or technologies;

- the failure of new technologies, products or services to gain market acceptance with acceptable profit margins;

- entering new markets in which we have little or no experience or in which competitors may have stronger market positions;

- dilution of interests of holders of our common shares through the issuance of equity securities or equity-linked securities; and

- inability to achieve expected synergies.

Any acquisitions or investments may ultimately harm our business or financial condition, as they may not be successful and may ultimately result in impairment charges.

***Normal operations at our key manufacturing facilities may be interrupted.***

Some of our key products, including fire hydrants and valves, are manufactured at single or few manufacturing facilities that depend on critical pieces of heavy equipment that cannot be economically moved to other locations. We are therefore limited in our ability to shift production between locations. The operations at our manufacturing facilities may be interrupted or impaired by various operating risks, including, but not limited to:

- catastrophic events, such as fires, floods, explosions, natural disasters, severe weather or other similar occurrences;

- interruptions in the delivery of raw materials or other manufacturing inputs;

- adverse government regulations;

- equipment breakdowns or failures;

- information systems failures;

- violations of our permit requirements or revocation of permits;

- releases of pollutants and hazardous substances to air, soil, surface water or ground water;

- shortages of equipment or spare parts; and

- labor disputes.

The occurrence of any of these events may impair our production capabilities and adversely affect our sales, profitability and cash flows.

11