# EXHIBIT 5

DEF 14A 1 mwaproxy2015.htm DEF 14A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
# SCHEDULE 14A

### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934

Filed by the Registrant ☒          Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐      Preliminary Proxy Statement

☐      **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒      Definitive Proxy Statement

☐      Definitive Additional Materials

☐      Soliciting Material Pursuant to §240.14a-12

### Mueller Water Products, Inc.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒      No fee required.

☐      Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

| | |
|---|---|
| (1) | Title of each class of securities to which the transaction applies: |
| (2) | Aggregate number of securities to which the transaction applies: |
| (3) | Per unit price or other underlying value of the transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined): |
| (4) | Proposed maximum aggregate value of the transaction: |
| (5) | Total fee paid: |

☐    Fee paid previously with preliminary materials.

☐    Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

   (1)    Amount Previously Paid:

   (2)    Form, Schedule or Registration Statement No.:

   (3)    Filing Party:

   (4)    Date Filed:



January 15, 2016

To My Fellow Stockholders:

It is my pleasure to invite you to attend the 2016 Annual Meeting of Stockholders of Mueller Water Products, Inc. The meeting will be held on February 26, 2016 at 10:00 A.M., Eastern Time, in the Abernathy Room on the 3rd Floor of Building 500 at Northpark Town Center located at 1100 Abernathy Road, N.E., in Atlanta, Georgia. The meeting will begin with voting on the matters described in the attached Notice of Annual Meeting of Stockholders and Proxy Statement, followed by my report on our company's financial performance and operations.

The Board appreciates and encourages stockholder participation in our affairs. Whether or not you plan to attend the meeting, it is important your shares be represented and voted.

Sincerely,

Gregory E. Hyland
*Chairman of the Board, President and Chief Executive Officer*

---

**YOUR VOTE IS IMPORTANT TO US.**

**PLEASE REVIEW THE ATTACHED MATERIALS AND SUBMIT YOUR VOTE PROMPTLY.**



**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**
**TO BE HELD ON FEBRUARY 26, 2016**

To the Stockholders of Mueller Water Products, Inc.:

NOTICE IS HEREBY GIVEN that the 2016 Annual Meeting of Stockholders of Mueller Water Products, Inc. will be held at 10:00 A.M., Eastern Time, on Friday, February 26, 2016 in the Abernathy Room on the 3rd Floor of Building 500 at Northpark Town Center located at 1100 Abernathy Road, N.E., in Atlanta, Georgia, for the purposes described below.

1. Election of nine directors nominated by the board of directors for the coming year;

2. To consider, on an advisory basis, the compensation of our named executive officers, as described in this Proxy Statement;

3. To approve amendments of the 2010 Management Incentive Plan and re-approve performance goals under the plan;

4. To approve amendments of the 2006 Employee Stock Purchase Plan;

5. To approve amendments of the 2006 Stock Incentive Plan and re-approve performance goals under the plan; and

6. To ratify the appointment of Ernst & Young LLP as our independent registered public accounting firm for the fiscal year ending September 30, 2016.

We will also transact any other business properly brought before the Annual Meeting.

Only our stockholders at the close of business on January 12, 2016, the record date for voting at the Annual Meeting, are entitled to notice of and to vote at the Annual Meeting and any adjournment or postponement thereof.

**This Proxy Statement and our 2015 Annual Report are available at *www.proxyvote.com* (for beneficial stockholders) and *www.edocumentview.com/mwa* (for registered stockholders).**

We are pleased to continue utilizing Securities and Exchange Commission rules allowing issuers to furnish proxy materials to their stockholders over the Internet. A Notice of Internet Availability of Proxy Materials or this Proxy Statement will first be mailed to our stockholders on or about January 15, 2016. Please refer to the Notice of Internet Availability of Proxy Materials, proxy materials email or proxy card you received for information on how to vote your shares and to ensure your shares will be represented and voted at the Annual Meeting.

By Order of the Board of Directors.

Keith L. Belknap
*Corporate Secretary*

Atlanta, Georgia
January 15, 2016

## TABLE OF CONTENTS

|  | Page |
|---|---:|
| **PROXY STATEMENT SUMMARY** | **1** |
| **MATTERS TO BE VOTED ON** | **4** |
| Proposal One: Election of Directors | 4 |
| Proposal Two: Advisory Vote to Approve Executive Compensation | 9 |
| Proposal Three: Amendment of 2010 Management Incentive Plan and Re-Approval of Performance Goals Under the Plan | 10 |
| Proposal Four: Amendment of 2006 Employee Stock Purchase Plan | 13 |
| Proposal Five: Amendment of 2006 Stock Incentive Plan and Re-Approval of Performance Goals Under the Plan | 16 |
| Proposal Six: Ratification of the Appointment of the Independent Registered Public Accounting Firm | 22 |
| **FEES AND SERVICES OF THE INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM** | **22** |
| Audit Fees and Other Fees | 22 |
| Pre-Approval of Services Performed by the Independent Registered Public Accounting Firm | 22 |
| **REPORT OF THE AUDIT COMMITTEE** | **23** |
| **CORPORATE GOVERNANCE** | **24** |
| Overview | 24 |
| Board Composition | 24 |
| Board Operations | 27 |
| Related Person Transactions | 30 |
| Compensation Committee Interlocks and Insider Participation | 30 |
| Communicating with the Board | 30 |
| **DIRECTOR COMPENSATION** | **31** |
| Annual Retainer | 31 |
| Meeting Fees | 31 |
| Equity-Based Awards | 31 |
| Travel Expenses | 31 |
| Director Compensation Summary | 32 |
| Deferred Compensation | 33 |
| **COMPENSATION DISCUSSION AND ANALYSIS** | **34** |
| 2015 Key Accomplishments | 34 |
| Performance and Compensation Highlights | 34 |
| Executive Compensation Program Overview | 36 |
| Compensation Elements | 37 |

| | |
|---|---|
| Other Factors Considered by the Compensation Committee | 42 |
| Other Compensation Practices and Policies | 42 |
| | |
| **REPORT OF THE COMPENSATION AND HUMAN RESOURCES COMMITTEE** | **45** |
| | |
| **EXECUTIVE COMPENSATION** | **46** |
| Summary Compensation Table | 46 |
| Grants of Plan-Based Awards Table | 47 |
| Outstanding Equity Awards at Fiscal Year-End Table | 49 |
| Option Exercises and Stock Vested Table | 50 |
| Nonqualified Deferred Compensation | 50 |
| Pension Plan | 50 |
| Employment, Severance and Change-in-Control Arrangements | 51 |
| Potential Payments Upon Termination or Change-in-Control | 51 |

Table of Contents

**BENEFICIAL OWNERSHIP OF COMMON STOCK**                                        **53**

**QUESTIONS ABOUT VOTING AND THE ANNUAL MEETING**                              **55**

**GENERAL INFORMATION**                                                        **58**
  Section 16(a) Beneficial Ownership Reporting Compliance            58
  Other Business for Presentation at the Annual Meeting              58
  Other Information                                                   58

**STOCKHOLDER INFORMATION**                                                    **59**
  Stockholder Proposals for Inclusion in Next Year's Proxy Statement 59
  Procedures for Business Matters and Director Nominations for Consideration at Next Year's Annual Meeting of Stockholders    59

**EXHIBIT A: RECONCILIATION OF NON-GAAP MEASURES TO GAAP RESULTS**             **A-1**

**EXHIBIT B: AMENDED AND RESTATED 2010 MANAGEMENT INCENTIVE PLAN**            **B-1**

**EXHIBIT C: AMENDED AND RESTATED 2006 EMPLOYEE STOCK PURCHASE PLAN**         **C-1**

**EXHIBIT D: SECOND AMENDED AND RESTATED 2006 STOCK INCENTIVE PLAN**          **D-1**

> Please note attendance at the Annual Meeting will be limited to stockholders of Mueller Water Products, Inc. (or their authorized representatives) as of the record date. You will be required to provide the admission ticket that is detachable from your proxy card or other evidence of ownership, along with photo identification. If your shares are held by a bank or broker, please bring your bank or broker statement evidencing your beneficial ownership of our common stock as of the record date to gain admission to the Annual Meeting.

Table of Contents

## Outstanding Equity Awards at 2015 Fiscal Year-End

The following table sets forth information detailing the outstanding unexercised options and unvested RSUs and PRSUs held by each of our NEOs at September 30, 2015.

| | | Option Awards | | | | Stock Awards | | | |
| | | Number of Securities Underlying Unexercised Options (#) | | | | | | | |
| Name | Grant Date | Exercisable | Unexercisable | Option Exercise Price ($) [2] | Option Expiration Date | Number of Units of Stock That Have Not Vested (#) [3] | Market Value of Units of Stock That Have Not Vested ($) [4] | Number of Performance Units That Have Not Vested (#) | Market Value of Performance Units That Have Not Vested ($) [4] |
|---|---|---|---|---|---|---|---|---|---|
| Gregory E. Hyland [8] | 12/15/06 [1] | 69,611 | — | 20.56 | 02/22/16 | — | — | — | — |
| | 11/29/06 | 88,300 | — | 15.09 | 11/29/16 | — | — | — | — |
| | 11/29/07 | 226,757 | — | 10.66 | 11/29/17 | — | — | — | — |
| | 12/02/08 | 343,155 | — | 5.49 | 12/02/18 | — | — | — | — |
| | 12/01/09 | 281,748 | — | 5.05 | 12/01/19 | — | — | — | — |
| | 11/30/10 | 281,748 | — | 3.52 | 11/30/20 | — | — | — | — |
| | 11/29/11 | 90,931 | — | 2.03 | 11/29/21 | — | — | — | — |
| | 12/03/13 [6] | — | — | — | | — | — | 39,124 | 299,690 |
| | 12/02/14 [7] | — | — | — | | 102,249 | 783,227 | 68,166 | 522,152 |
| Evan L. Hart | 11/29/06 | 2,384 | — | 15.09 | 11/29/16 | — | — | — | — |
| | 11/29/07 | 10,459 | — | 10.66 | 11/29/17 | — | — | — | — |
| | 07/31/08 | 24,752 | — | 9.10 | 07/31/18 | — | — | — | — |
| | 12/02/08 | 66,539 | — | 5.49 | 12/02/18 | — | — | — | — |
| | 12/01/09 | 84,615 | — | 5.05 | 12/01/19 | — | — | — | — |
| | 11/30/10 | 84,615 | — | 3.52 | 11/30/20 | — | — | — | — |
| | 11/29/11 | 71,942 | — | 2.03 | 11/29/21 | — | — | — | — |
| | 11/27/12 [5] | — | — | — | | 17,321 | 132,679 | — | — |
| | 12/03/13 [6] | — | — | — | | 22,026 | 168,719 | 11,013 | 84,360 |
| | 12/02/14 [7] | — | — | — | | 28,783 | 220,478 | 19,189 | 146,988 |
| Keith L. Belknap | 04/02/12 | 22,335 | — | 3.54 | 04/02/22 | — | — | — | — |
| | 11/27/12 [5] | — | — | — | | 12,678 | 97,113 | — | — |
| | 12/03/13 [6] | — | — | — | | 15,649 | 119,871 | 7,826 | 59,947 |
| | 12/02/14 [7] | — | — | — | | 20,449 | 156,639 | 13,633 | 104,429 |
| | 07/27/15 | — | — | — | | 28,506 | 218,356 | — | — |
| Gregory S. Rogowski | 12/01/09 | 85,839 | — | 5.05 | 12/01/19 | — | — | — | — |
| | 11/30/10 | 85,839 | — | 3.52 | 11/30/20 | — | — | — | — |
| | 11/29/11 | 70,684 | — | 2.03 | 11/29/21 | — | — | — | — |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11/27/12 [5] | — | — | — | | 17,220 | 131,905 | — | — |
| | 12/03/13 [6] | — | — | — | | 21,126 | 161,825 | 10,564 | 80,920 |
| | 12/02/14 [7] | — | — | — | | 27,607 | 211,470 | 18,405 | 140,982 |
| Thomas E. Fish [8] | 08/22/06 | 10,502 | — | 16.95 | 08/22/16 | — | — | — | — |
| | 11/29/06 | 14,928 | — | 15.09 | 11/29/16 | — | — | — | — |
| | 11/29/07 | 53,433 | — | 10.66 | 11/29/17 | — | — | — | — |
| | 11/27/12 [5] | — | — | — | | — | — | — | — |
| | 12/03/13 [6] | — | — | — | | — | — | 8,999 | 68,932 |
| | 12/02/14 [7] | — | — | — | | 111,616 | 854,979 | 15,678 | 120,093 |

(1) Represents options granted in connection with our separation from Walter Industries (now Walter Energy) in December 2006. These awards were intended to replace equity awards made prior to August 2006 by Walter Industries. The exercise price of these options reflected a conversion ratio of 3.239:1 and the vesting dates and expiration dates were identical to the replaced awards.

(2) Option exercise prices are equal to the closing price of Common Stock on the NYSE on the respective grant dates.

(3) RSUs granted on 11/27/12, 12/03/13 and 12/02/14 each vest in equal installments on the first, second and third anniversaries of the respective grant dates.

(4) "Market value" is calculated by multiplying the number of RSUs or PRSUs that have not vested by the closing price of Common Stock on the NYSE on September 30, 2015 of $7.66 per share.

49

Table of Contents

## BENEFICIAL OWNERSHIP OF COMMON STOCK

The following table lists information as of January 12, 2016 about the number of shares of Common Stock beneficially owned by each incumbent director, each NEO, all of our directors and current executive officers as a group, and each person or group known by us to own more than 5% of our Common Stock. Unless otherwise noted, voting power and investment power in Common Stock are exercisable solely by the named person.

At January 12, 2016, there were 161,198,926 shares of Common Stock outstanding.

| Name and Address of Beneficial Owner [1] | Aggregate Number of Shares of Common Stock Beneficially Owned [2] | Percent of Outstanding Common Stock |
|---|---|---|
| Shirley C. Franklin, Director | 112,165 [3] | * |
| Thomas J. Hansen, Director | 90,016 [3] | * |
| Gregory E. Hyland, Chairman, President and Chief Executive Officer | 2,971,162 [4] | 1.8 |
| Jerry W. Kolb, Director | 200,462 [3] | * |
| Joseph B. Leonard, Director | 211,910 [3] | * |
| Mark J. O'Brien, Director | 182,910 [3] | * |
| Bernard G. Rethore, Director | 209,214 [3] | * |
| Neil A. Springer, Director | 181,736 [3] [5] | * |
| Lydia W. Thomas, Director | 144,271 [3] | * |
| Michael T. Tokarz, Director | 507,958 [3] | * |
| Evan L. Hart, Senior Vice President and Chief Financial Officer | 721,119 | * |
| Keith L. Belknap, Senior Vice President, General Counsel and Chief Compliance Officer; President of Mueller Technologies companies | 135,895 | * |
| Gregory S. Rogowski, President, Mueller Co. | 566,842 | * |
| Thomas E. Fish, President, Anvil | 411,291 [6] | * |
| All directors and executive officers as a group (17 individuals) | 7,474,460 | 4.6 |
| Dimensional Fund Advisors LP 6300 Bee Cave Road, Building One, Austin, TX 78746 | 11,000,452 [7] | 6.8 |
| Vanguard Group Inc. PO Box 2600, V26, Valley Forge, PA 19482-2600 | 10,175,150 [8] | 6.3 |
| BlackRock, Inc. 55 East 52nd Street, New York, NY 10055 | 9,005,323 [9] | 5.6 |

\*    Less than 1% of outstanding common stock.

(1)    The address of each of our directors and executive officers is c/o Mueller Water Products, Inc., 1200 Abernathy Road, N.E., Suite 1200, Atlanta, Georgia 30328.

(2)    Beneficial ownership as reported in the table has been determined in accordance with the rules of the SEC. Under those rules, a person is deemed to be a "beneficial owner" of a security if that person has or shares "voting power," which includes the power to vote or to direct the voting of such security, or "investment power," which includes the power to dispose of, or to direct the disposition of, such security. The person is also deemed to be a beneficial owner of any security of which that person has a right to acquire beneficial ownership within 60 days. Under such rules, more than one person may be deemed to be a beneficial owner of the same securities, and a person may be deemed to be a beneficial owner of securities as to which he or she may disclaim any beneficial interest. Except as indicated in other notes to this table, directors and executive officers possessed sole voting and investment power with respect to all shares of Common Stock referred to in the table. See "Executive Compensation — Outstanding Equity Awards at Fiscal Year-End Table" for more information concerning outstanding equity awards to our NEOs and "Director Compensation — Director Compensation Summary" for more information concerning outstanding equity awards to our directors.

(3)    Each director is "retirement-eligible" under and for purposes of the 2006 Stock Plan. Accordingly, for purposes of this table, all of their outstanding equity-based awards are deemed vested. Beginning with the equity-based awards granted to directors in January 2014, all such awards to directors require a grantee who is or becomes retirement-eligible prior to an initial vesting date to remain in continuous service from the grant date through at least the first anniversary thereof to receive accelerated vesting upon retirement. The beneficial ownership reported in the table

assumes each grantee of an award on January 28, 2015 will remain in continuous service through January 28, 2016. Because Mr. Springer is scheduled to retire from the Board at a Board meeting scheduled for January 27, 2016, the vesting of outstanding stock awards will accelerate on that date.

(4)   Includes 213,898 RSUs and no options that are subject to accelerated vesting upon retirement. Also includes 78,246 PRSUs earned with respect to the 2014 and 2015 performance periods under the December 3, 2013 grant and 0 PRSUs earned with respect to the 2015 performance period under the December 2, 2014 grant.

53