# EXHIBIT 8

DEF 14A 1 mwaproxy2018.htm DEF 14A

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant ☒          Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐     Preliminary Proxy Statement

☐     **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒     Definitive Proxy Statement

☐     Definitive Additional Materials

☐     Soliciting Material Pursuant to §240.14a-12

## Mueller Water Products, Inc.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒     No fee required.

☐     Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)     Title of each class of securities to which the transaction applies:

    (2)     Aggregate number of securities to which the transaction applies:

    (3)     Per unit price or other underlying value of the transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)     Proposed maximum aggregate value of the transaction:

    (5)     Total fee paid:

☐     Fee paid previously with preliminary materials.

☐    Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)    Amount Previously Paid:

(2)    Form, Schedule or Registration Statement No.:

(3)    Filing Party:

(4)    Date Filed:



December 13, 2018

To My Fellow Stockholders:

It is my pleasure to invite you to attend the 2019 Annual Meeting of Stockholders (the "Annual Meeting") of Mueller Water Products, Inc. The meeting will be held on January 23, 2019 at 10:00 A.M., Eastern Time, in the Peachtree Dunwoody Room on the 3rd Floor of Building 500 at Northpark Town Center, located at 1100 Abernathy Road, N.E. in Atlanta, Georgia. The meeting will begin with voting on the matters described in the attached Notice of Annual Meeting of Stockholders and Proxy Statement, followed by my report on our company's financial performance and operations.

The Board appreciates and encourages stockholder participation in our affairs. Whether or not you plan to attend the meeting, it is important your shares be represented and voted.

Sincerely,

Scott Hall
*President and Chief Executive Officer*

---

**YOUR VOTE IS IMPORTANT TO US.**

**PLEASE REVIEW THE ATTACHED MATERIALS AND SUBMIT YOUR VOTE PROMPTLY.**

---



---

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS
TO BE HELD ON JANUARY 23, 2019**

---

To the Stockholders of Mueller Water Products, Inc.:

NOTICE IS HEREBY GIVEN that the 2019 Annual Meeting of Stockholders of Mueller Water Products, Inc. will be held at 10:00 A.M., Eastern Time, on Wednesday, January 23, 2019 in the Peachtree Dunwoody Room on the 3rd Floor of Building 500 at Northpark Town Center, located at 1100 Abernathy Road, N.E., in Atlanta, Georgia, for the following purposes:

1. To elect nine directors;

2. To approve, on an advisory basis, the compensation of our named executive officers;

3. To ratify the appointment of Ernst & Young LLP as our independent registered public accounting firm for the fiscal year ending September 30, 2019; and

4. To transact any other business properly brought before the Annual Meeting and any reconvened or rescheduled meeting following any adjournments or postponements thereof.

Only our stockholders at the close of business on December 6, 2018, the record date for voting at the Annual Meeting, are entitled to notice of and to vote at the Annual Meeting and any adjournments or postponements thereof.

**This Proxy Statement and our 2018 Annual Report are available at** _www.proxyvote.com_ **(for beneficial stockholders) and** _www.edocumentview.com/mwa_ **(for registered stockholders).**

We use Securities and Exchange Commission rules allowing issuers to furnish proxy materials to their stockholders over the Internet. A Notice of Internet Availability of Proxy Materials or this Proxy Statement will first be mailed to our stockholders on or about December 13, 2018. Please refer to the Notice of Internet Availability of Proxy Materials, proxy materials email or proxy card you received for information on how to vote your shares and to ensure your shares will be represented and voted at the Annual Meeting.

By Order of the Board of Directors.


Steven S. Heinrichs
*Corporate Secretary*

Atlanta, Georgia
December 13, 2018

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| **PROXY STATEMENT SUMMARY** | **1** |
|  |  |
| **MATTERS TO BE VOTED ON** | **4** |
| Proposal One: Election of Directors | 4 |
| Proposal Two: Advisory Vote to Approve Executive Compensation | 9 |
| Proposal Three: Ratification of the Appointment of the Independent Registered Public Accounting Firm | 10 |
|  |  |
| **FEES AND SERVICES OF THE INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM** | **10** |
| Audit Fees and Other Fees | 10 |
| Pre-Approval of Services Performed by the Independent Registered Public Accounting Firm | 10 |
|  |  |
| **REPORT OF THE AUDIT COMMITTEE** | **11** |
|  |  |
| **CORPORATE GOVERNANCE** | **12** |
| Overview | 12 |
| Corporate Governance Policies and Materials | 13 |
| Board Composition | 13 |
| Board Operations | 16 |
| Related Person Transactions | 19 |
| Compensation Committee Interlocks and Insider Participation | 19 |
| Communicating with the Board | 19 |
|  |  |
| **DIRECTOR COMPENSATION** | **20** |
| Annual Retainer | 20 |
| Meeting Fees | 20 |
| Equity-Based Awards | 20 |
| Travel Expenses | 20 |
| Director Compensation Summary | 21 |
| Deferred Compensation | 21 |
|  |  |
| **COMPENSATION DISCUSSION AND ANALYSIS** | **22** |
| Highlights of 2018 Performance | 22 |
| Highlights of 2018 Performance Related to Executive Compensation | 23 |
| Highlights of 2018 Executive Compensation | 23 |
| Executive Compensation Program Overview | 25 |

| | |
|---|---|
| Compensation Elements | 26 |
| Other Factors Considered by the Compensation Committee | 31 |
| Other Compensation Practices and Policies | 31 |
| **REPORT OF THE COMPENSATION AND HUMAN RESOURCES COMMITTEE** | **33** |
| **EXECUTIVE COMPENSATION** | **34** |
| Summary Compensation Table | 34 |
| Grants of Plan-Based Awards Table | 35 |
| Outstanding Equity Awards Table | 36 |
| Option Exercises and Stock Vested Table | 36 |
| Pension Plan | 36 |
| Employment, Severance and Change-in-Control Arrangements | 37 |
| CEO Pay Ration Disclosure | 37 |

| | |
|---|---|
| Potential Payments Upon Termination or Change-in-Control | 38 |
| **BENEFICIAL OWNERSHIP OF COMMON STOCK** | **38** |
| **QUESTIONS ABOUT VOTING AND THE ANNUAL MEETING** | **40** |
| **GENERAL INFORMATION** | **42** |
| Section 16(a) Beneficial Ownership Reporting Compliance | 42 |
| Other Business for Presentation at the Annual Meeting | 42 |
| Other Information | 42 |
| **STOCKHOLDER INFORMATION** | **43** |
| Stockholder Proposals for Inclusion in Next Year's Proxy Statement | 43 |
| Procedures for Business Matters and Director Nominations for Consideration at Next Year's Annual Meeting of Stockholders | 43 |
| **EXHIBIT A: RECONCILIATION OF NON-GAAP PERFORMANCE MEASURES TO GAAP PERFORMANCE MEASURES** | **A-1** |

Please note attendance at the Annual Meeting will be limited to stockholders of Mueller Water Products, Inc. (or their authorized representatives) as of December 6, 2018. You will be required to provide the admission ticket that is detachable from your proxy card or other evidence of ownership, along with photo identification. If your shares are held by a bank or broker, please bring your bank or broker statement evidencing your beneficial ownership of our common stock ("Common Stock") as of the record date to gain admission to the Annual Meeting.

Table of Contents

**Potential Payments Upon Termination or Change-in-Control**

The following table sets forth the potential benefits each NEO would be entitled to receive upon termination of employment in the situations outlined below. The NEO would not be entitled to the severance benefits described below if he or she terminates employment without Good Reason or is terminated for Cause. The amounts shown are estimates and do not necessarily reflect the actual amounts that would be paid to the NEOs, which would only be known at the time they become eligible for payment. The amounts shown are the amounts that could be payable under existing plans and arrangements if the NEO's employment had terminated on September 30, 2018.

The termination events pursuant to which the NEOs are entitled to potential payments are as follows:

    A - Severance arrangement for termination without cause or for good reason
    B - Termination without cause after a change-in-control or, if applicable, sale of segment
    C - Death, disability or retirement

**Potential Payments Upon Termination or Change-in-Control Table**

| Name | | Cash Severance ($) | | Bonus Earned as of Event Date[1] ($) | Vesting of Unvested Long-Term Awards[2] ($) | | Health, Welfare and Other Benefits Continuation[3] ($) | Outplacement[4] ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| Scott Hall | A | 2,376,923 | [5] | 1,009,839 | — | | 36,586 | 25,000 | 3,448,348 |
| | B | 3,240,373 | [6] | 1,009,839 | 2,879,288 | | 48,782 | 270,375 | 7,448,657 |
| | C | — | | — | 2,122,736 | | — | — | 2,122,736 |
| Marietta Edmunds Zakas | A | 1,080,769 | [5] | 338,173 | — | | 42,102 | 25,000 | 1,486,044 |
| | B | 1,219,474 | [6] | 338,173 | 952,686 | | 56,136 | 140,000 | 2,706,469 |
| | C | — | | — | 710,383 | | — | — | 710,383 |
| Steven S. Heinrichs | A | 1,121,298 | [5] | 48,557 | 481,102 | [7] | 168 | 25,000 | 1,676,125 |
| | B | 1,359,923 | [6] | 48,557 | 481,102 | | 168 | 145,250 | 2,035,000 |
| | C | — | | — | 481,102 | | — | — | 481,102 |
| Gregory S. Rogowski | A | 1,791,263 | [5] | 450,401 | — | | 6,066 | 25,000 | 2,272,730 |
| | B | 1,532,786 | [6] | 450,401 | 1,112,947 | | 8,088 | 160,790 | 3,265,012 |
| | C | — | | — | 854,497 | | — | — | 854,497 |

(1)   Each is entitled to a pro rata share of the current fiscal year bonus in the event of termination without Cause or after a change-in-control. Amounts in this table assume a termination date of September 30, 2018 and represent the actual bonus paid for fiscal 2018 since this amount would not have otherwise been paid at that date.

(2)   The value of RSUs is the closing price of Common Stock on September 30, 2018 multiplied by the number of RSUs. The value of PRSUs reflects the pro rata portion of shares earned during the performance period and payout at target for future performance periods within the award cycle. The closing price of our Common Stock on September 30, 2018 on the NYSE was $11.46.

(3)   For all NEOs, excluding Mr. Heinrichs, welfare benefits are continued for up to 24 months from the separation date based on the current elections and plan premiums.

(4)   Services in Case A (without cause termination) will be reasonable in our sole discretion. Services in Case B (change-in-control termination) will be provided for up to two years, but will not exceed 35% of the NEO's base salary at the time of termination.

(5)   Cash severance in Case A (without cause termination) is equal to a percentage of current annual base salary plus accrued vacation. The percentage applicable to Mr. Hall is 300%. The percentage applicable to Messrs. Heinrichs and Rogowski and Ms. Zakas is 262.5%. Other severance benefits are paid in monthly installments over 24 months in the case of Mr. Hall and over 18 months in the case of each other NEO, together with a lump sum payment of unpaid salary and other benefits.

(6) Cash severance in Case B (change-in-control termination) for Messrs. Hall, Heinrichs and Rogowski and Ms. Zakas is equal to two times annual base salary plus two times the average bonus over the last three years, plus accrued vacation. Accrued vacation assumes no vacation has been taken.

(7) In accordance with Mr. Heinrichs' employment agreement, RSUs shall vest, and all restrictions shall lapse, upon termination.

## BENEFICIAL OWNERSHIP OF COMMON STOCK

The following table lists information as of December 6, 2018 regarding the number of shares of Common Stock beneficially owned by each incumbent director, each NEO, all of our directors and current executive officers as a group, and each person or group known by us to own more than 5% of our Common Stock. Unless otherwise noted, voting power and investment power in Common Stock are exercisable solely by the named person.
At December 6, 2018, there were 158,064,614 shares of Common Stock outstanding.

| Name and Address of Beneficial Owner [1] | Aggregate Number of Shares of Common Stock Beneficially Owned [2] | Percent of Outstanding Common Stock |
|---|---|---|
| Shirley C. Franklin, Director | 127,592 [3] | * |
| Scott Hall, Director, President and Chief Executive Officer | 85,314 [4] | * |
| Thomas J. Hansen, Director | 114,599 [3] | * |
| Jerry W. Kolb, Director | 167,404 [3] | * |
| Mark J. O'Brien, Non-Executive Chairman | 171,386 [3] | * |
| Bernard G. Rethore, Director | 154,097 [3] | * |
| Lydia W. Thomas, Director | 159,308 [3] | * |
| Michael T. Tokarz, Director | 539,299 [3] | * |
| Marietta Edmunds Zakas Executive Vice President and Chief Financial Officer | 367,166 | * |
| Steven S. Heinrichs Executive Vice President, General Counsel, Secretary and Chief Compliance Officer | — | * |
| Gregory S. Rogowski Executive Vice President, Sales and Marketing | 581,957 | * |
| Evan L. Hart, Former Senior Vice President and Chief Financial Officer | 145,530 [5] | * |
| All directors and executive officers as a group (17 individuals) | 2,753,652 | 1.7% |
| Vanguard Group Inc. PO Box 2600, V26, Valley Forge, PA 19482-2600 | 12,715,730 [6] | 8.0% |
| BlackRock, Inc. 55 East 52nd Street, New York, NY 10055 | 10,435,774 [7] | 6.6% |
| EARNEST Partners, LLC 1180 Peachtree Street, NE, Suite 2300, Atlanta, GA 30309 | 8,299,747 [8] | 5.3% |

*Less than 1% of outstanding common stock

(1) The address of each of our directors and executive officers is c/o Mueller Water Products, Inc., 1200 Abernathy Road, N.E., Suite 1200, Atlanta, Georgia 30328.

(2) Beneficial ownership as reported in the table has been determined in accordance with the rules of the SEC. Under those rules, a person is deemed to be a "beneficial owner" of a security if that person has or shares "voting power," which includes the power to vote or to direct the voting of such security, or "investment power," which includes the power to dispose of, or to direct the disposition of, such security. The person is also deemed to be a beneficial owner of any security of which that person has a right to acquire beneficial ownership within 60 days. Under such rules, more than one person may be deemed to be a beneficial owner of the same securities, and a person may be deemed to be a beneficial owner of securities as to which he or she may disclaim any beneficial interest. Except as indicated in other notes to this table, directors and executive officers possessed sole voting and investment power with respect to all shares of Common Stock referred to in the table. See "Executive Compensation — Outstanding Equity Awards at Fiscal Year-End Table" for more information concerning outstanding equity awards to our NEOs and "Director Compensation — Director Compensation Summary" for more information concerning outstanding equity awards to our directors.

(3) Each non-employee director is "retirement-eligible" under and for purposes of the 2006 Stock Plan. Accordingly, for purposes of this table, all outstanding equity-based awards are deemed vested. Beginning with the equity-based awards granted to directors in January 2014, all such awards to directors require a grantee who is or becomes retirement-eligible prior to an initial vesting date to remain in continuous service from the grant date through at least the first anniversary thereof to receive accelerated vesting upon retirement. The beneficial ownership reported in the table assumes each grantee of an award on January 24, 2018 will remain in continuous service through January 24, 2019.

(4) Includes 19,011 RSUs that will vest within 60 days.

(5)   Reflects Mr. Hart's beneficial ownership as of his retirement from the Company on December 31, 2017, as reported on the Form 4 filed with the SEC on December 6, 2017.

(6)   As reported on Schedule 13G/A filed with the SEC on February 9, 2018, Vanguard Group, Inc. has sole investment discretion with respect to 12,456,212 shares, sole voting power with respect to 247,080 shares, shared voting power with respect to 23,269 shares and shared investment discretion with respect to 259,518 shares as follows: (1) Vanguard Fiduciary Trust Company, a wholly-owned subsidiary of The Vanguard Group, Inc., is the beneficial owner of 236,249 shares or 0.14% of the common stock outstanding of the company as a result of its serving as investment manager of collective trust accounts, and (2) Vanguard Investments Australia, Ltd., a wholly-owned subsidiary of The Vanguard Group, Inc., is the beneficial owner of 34,100 shares or 0.02% of the common stock outstanding of the company as a result of its serving as investment manager of Australian investment offerings.

38