UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/5/2020__
```

-------------------------------------------------------------------X
                                        :

GLEN CHAPMAN, ANDREA PETERSON and KEVIN  :
KELLEY, individually and on behalf of all others      :
situated,                                         :

                         Plaintiffs,        :

                                       :

          -v-                       :

                                       :

MUELLER WATER PRODUCTS, INC., GREGORY E.  :
HYLAND, J. SCOTT HALL, EVAN L. HART and     :
MARIETTA EDMUNDS ZAKAS,            :

                                 :

                      Defendants.     :

                                       :
-------------------------------------------------------------------X

19-cv-3260 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the briefing regarding Defendants' motion to dismiss.  It is
hereby ORDERED that oral argument is scheduled for May 26, 2020 at 4:00 p.m.  The parties
are directed to dial into the Court's teleconference number at 888-251-2909, Access Code
2123101, and to follow the necessary prompts.


      SO ORDERED.


Dated: May 5, 2020                    _____
      New York, New York                 LEWIS J. LIMAN
                               United States District Judge