**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GLEN CHAPMAN, ANDREA PETERSON, and
KEVIN KELLY, individually and on behalf of all
others similarly situated,

                        Plaintiffs,

          -against-                                            19 **CIVIL** 3260 LJL)

                                                                                        **JUDGMENT**

MUELLER WATER PRODUCTS, INC.,
GREGORY E. HYLAND, J. SCOTT HALL,
EVAN L. HART, and MARIETTA EDMUND
ZAKAS,

                        Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 11, 2020, Defendants' motion to dismiss is granted with prejudice; Plaintiffs made no request for leave to amend in the SAC or the Opposition, and Plaintiffs did not make such an application at oral argument even when Defendants raised the issue. The dismissal is thus with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
            June 12, 2020

                                                                  **RUBY J. KRAJICK**
                                                                   _____
                                                                      **Clerk of Court**
                                               **BY:**
                                                                     _____
                                                                      **Deputy Clerk**